

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2022

No. 04-22-00020-CV

**WHATABURGER RESTAURANTS LLC** and Crystal Krueger,
Appellants

v.

Sadok **FERCHICHI** and Martina Coronado,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15548
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellants' brief is due February 3, 2022. On January 31, 2022, appellants filed an unopposed motion requesting an extension of time to file their brief by February 11, 2022. After consideration, we **grant** the motion and **order** appellants to file their brief by February 11, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court